UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) |
| LISA BEATRICE GEE | ) Case No. 17-03005-01-CR-S-MDH |
| Defendant. | ) |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of October 22, 2020, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Lisa Beatrice Gee:

**The defendant will enter into and successfully complete an inpatient substance abuse treatment program, as directed by the Probation Office.**

**Defendant shall be at her place of residence between the hours of 9:00 p.m. and 6:00 a.m., 7 days per week, unless her work schedule requires her to be at work past 9:00 p.m., for a period of 30 days. If the defendant works beyond 9:00 p.m., she shall be at her place of residence within 30 minutes after her work day is complete.**

s/Douglas Harpool
DOUGLAS HARPOOL
U.S. DISTRICT JUDGE

Dated at Springfield, Missouri, this 22nd day of October, 2020.